## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| EPIC SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| | § | Case No. 18-cv-103 |
| v. | § § | |
| EPIC HEALTH, LLC, | § § | |
| | § | |
| Defendant. | § § | |
| | § | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Epic Systems Corporation, and Defendant, Epic Health, LLC, hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of this action (including without limitation all claims contained therein) without prejudice, pursuant, in part, to the Settlement Agreement and Release of May 2, 2018 between Plaintiff and Defendant.  The parties shall bear their own attorneys' fees, expenses, and costs.

Dated this 9th day of May, 2018.

Respectfully submitted,

/s/ Martha Jahn Snyder
Martha Jahn Snyder
martha.snyder@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703-3095
Tel.: (608) 251-5000
Fax: (608) 251-9166

***Attorneys for Plaintiff,***
***Epic Systems Corporation***

/s/ Steve Richards (with permission)
Steve Richards
srichards@rprlaw.net
REESE POYFAIR RICHARDS PLLC
1275 E. Fort Union Blvd., Suite 115
Cottonwood Heights, UT  84047
Tel.: (801) 981-8281

***Attorneys for Defendant,***
***Epic Health, LLC***

QB\52151700.1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 9, 2018, the foregoing document was served by e-mail and U.S. Mail on counsel for Defendant:

Steve Richards
Reese Poyfair Richards PLLC
1275 E. Fort Union Blvd., Suite 115
Cottonwood Heights, UT  84047
srichards@rprlaw.net


*/s/ Martha Jahn Snyder*
Martha Jahn Snyder

QB\52151700.1